**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Corey**<br>First name<br><br>**Duane**<br>Middle name<br><br>**Jacobs**<br>Last name and Suffix (Sr., Jr., II, III) | **Carrie**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Jacobs**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | FDBA  Womens Premier OBGYN LLC<br>FDBA  Gulf Coast Premier Spa & Salon LLC<br>FDBA  Isle of Bama LLC<br>FDBA  Premier Medical Park LLC | FKA Carrie Marie Adams |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0954 | xxx-xx-0757 |

| Debtor 1 | **Corey Duane Jacobs** | |
|---|---|---|
| Debtor 2 | **Carrie Marie Jacobs** | Case number *(if known)* |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **4887 Casa Grande Dr.** **Idaho Falls, ID 83401** | **If Debtor 2 lives at a different address:** |
| Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Bonneville** | |
| County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Corey Duane Jacobs** | |
|---|---|---|
| Debtor 2 | **Carrie Marie Jacobs** | Case number *(if known)* |

---

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | **Idaho** | When **1/30/23** | Case number **23-40049-NGH** |
| District | | When | Case number |
| District | | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **James David Adams, Sr.** | Relationship to you | **Ex-Spouse** |
| District | **Southern District of Alabama** | When **2/07/23** | Case number, if known **23-10280** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Corey Duane Jacobs** | |
|---|---|---|
| Debtor 2 | **Carrie Marie Jacobs** | Case number *(if known)* _____ |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Corey Duane Jacobs**
Debtor 2  **Carrie Marie Jacobs**

Case number *(if known)* _____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Corey Duane Jacobs**
Debtor 2  **Carrie Marie Jacobs**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☑ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Corey Duane Jacobs | /s/ Carrie Marie Jacobs |
|---|---|
| **Corey Duane Jacobs** | **Carrie Marie Jacobs** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on  **June 26, 2025** | Executed on  **June 26, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Corey Duane Jacobs** | |
|---|---|---|
| Debtor 2 | **Carrie Marie Jacobs** | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Steve Taggart** | Date | **June 26, 2025** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Steve Taggart 8551**
Printed name

**Olsen Taggart PLLC**
Firm name

**1449 E. 17th Street, Ste A**
**Idaho Falls, ID 83404**
Number, Street, City, State & ZIP Code

| Contact phone | **208-552-6442** | Email address | **staggart@olsontaggart.com** |
|---|---|---|---|

**8551 ID**
Bar number & State

---

Aaron J. Tolson
Tolson  Waymen
1906 Jennie Lee Dr.
Idaho Falls, ID 83404


Advanced Integrated Security
4260 Halls Mill Rd.
Mobile, AL 36693


Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


AfterPay
760 Market St., Fl 2
Unit 2.03
San Francisco, CA 94102


Alabama Dept of Revenue
PO Box 327820
Montgomery, AL 36132


Alabama Medicaid
PO Box 5624
Montgomery, AL 36103


All Seasons Cleaning
703 13th St.
Belgrade, MT 59714


Allied Waste Republic Svcs
PO Box 9001099
Louisville, KY 40290


Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438

Alpine Home Medical
4030 S. State Street
Salt Lake City, UT 84107


America Health
665 John Adams Pkwy
Idaho Falls, ID 83401


AmSher Collection Services
4524 Southlake Pkwy Ste 15
Birmingham, AL 35244


Andrews Institute
PO Box 30532
Pensacola, FL 32503


Apollo MD EM
PO Box 740510
Atlanta, GA 30374


ARM Solutions
PO Box 2929
Camarillo, CA 93011


Armstrong  Assoc.
PO Box 1787
Mobile, AL 36633


ARstrat, LLC
PO Box 676587
Dallas, TX 75267


Ascend Mental Health
2001 S. Woodruff Ave. Ste 9
Idaho Falls, ID 83404

```
Avis Rent a Car
6 Sylvan Way
Parsippany, NJ 07054


Baldwin County Revenue
PO Box 1549
Bay Minette, AL 36507


Baptist Healthcare
PO Box 2398
Omaha, NE 68103


Baptist Physician's Group
7037 Old Madison Ste 450
Huntsville, AL 35806


Bayside Orthopaedic
PO Box 1186
Fairhope, AL 36533


Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101


Bingham Memorial Hospital
98 Poplar St.
Blackfoot, ID 83221


Bio-Cycle
PO Box 840113
Saint Augustine, FL 32080


Blue Cross Blue Shield of AL
PO Box 995
Birmingham, AL 35298
```

Bonneville Collections
Po Box 150621
Ogden, UT 84415


CAC Financial Corp
Attn: Bankruptcy
2601 Northwest Expressway, Ste 1000e
Oklahoma City, OK 73112


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cascade Capital
PO Box 361450
Indianapolis, IN 46236


CashNet
175 W Jackson Blvd.
Suite 1000
Chicago, IL 60604


Centralized Receivables Serv
HRSA CARES Provider Relief
PO Box 19296
Springfield, IL 62794


Century Link
PO Box 4300
Carol Stream, IL 60197


Certegy Check Svcs
PO Box 30046
Tampa, FL 33630

```
Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


City of Foley
PO Box 1750
Foley, AL 36536


Clarke Mobile Counties Gas
PO Box 3069
Orange Beach, AL 36561


Client Services Inc.
3451 Harry S. Truman Blvd
Saint Charles, MO 63301


Coastl Neurological
Dept AT 952614
Atlanta, GA 31192


Complete Payment Recovery
PO box 30272
Tampa, FL 33630


Comprehensive Med Psych
242 S. Washington Blvd
PMB 177
Sarasota, FL 34236


Conserve
PO Box 1528
Fairport, NY 14450


Credit Control LLC
3300 Rider Trail S.
Suite 500
Earth City, MO 63045
```

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Creditors Adjustment Bureau
PO Box 5932
Sherman Oaks, CA 91413


CRM Alabama
3 Mobile Infirmary Cir
Ste 401
Mobile, AL 36607


Dept of Treasury
Bureau of Fiscal Service
PO Box 830794
Birmingham, AL 35283


DEX Imaging
PO Box 17299
Clearwater, FL 33762


DMS PNR
PO Box 979113
Saint Louis, MO 63197


Durham   Durham
5665 New Northside Dr.
Suite 510
Atlanta, GA 30328


E-470 Public Highway Authori
PO Box 5470
Denver, CO 80217


East Bay Psychiatry
761 B Middle St.
Fairhope, AL 36532

Eastern Shore Children's
PO Drawer 989
Fairhope, AL 36532


EIRMC
P.O. Box 740757
Cincinnati, OH 45274-0757


Ellis Physical Therapy
3100 S. Woodruff Ave.
Idaho Falls, ID 83404


Envision Physician Services
PO Box 80226
Philadelphia, PA 19101


EPIC
PO Box 734389
Chicago, IL 60673


Financial Pacific Leasing
PO Box 4568
Federal Way, WA 98063


Foley Emergency Physicians
Payments Mailstop 40269749
PO Box 660827
Dallas, TX 75266


Frost-Arnett Company
PO Box 198988
Nashville, TN 37219


Graceland Rental
PO Box 1000
Dept 162
Memphis, TN 38148

Gulf Breeze Hospital
PO Box 402504
Atlanta, GA 30384


Gulf Coast Collection Bureau
PO Box 21239
Sarasota, FL 34276


Gulf Coast Premier Medical
4887 Casa Grande Dr.
Idaho Falls, ID 83401


Gulf Shores Emergency Phys
PO Box 28755
Belfast, ME 04915


High Country Behavioral
1248 E. 17th Street
Idaho Falls, ID 83404


Holloway Credit Solutions
PO Box 230609
Montgomery, AL 36123


IC System, Inc.
PO Box 64378
Saint Paul, MN 55164


Idaho Central Credit Union
Attn: Bankruptcy
Po Box 2469
Pocatello, ID 83206


Idaho Falls Community Hosp.
3270 E. 17th Street
Suite 217
Idaho Falls, ID 83406

Idaho Falls Pediatrics
3067 Eagle Dr.
Idaho Falls, ID 83406


Idaho Foot  Ankle
1540 Elk Creek Dr.
Idaho Falls, ID 83404


Idaho Prosthetics
2595 Channing Way
Idaho Falls, ID 83404


Idaho State Tax Commission
PO Box 36
Boise, ID 83714-1021


IES Alabama
PO Box 3347
Indianapolis, IN 46206


IH Urgent Care of Bay Minett
108C McMeans Ave.
Bay Minette, AL 36507


Immediate Care Foley
PO Box 91747
Mobile, AL 36691


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Isle of Bama LLC
4887 Casa Grande Dr.
Idaho Falls, ID 83401

Jefferson Capital Systems LLC
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377


Jefferson County Medical
Foundation Trust
211 Frankfurt Circle
Birmingham, AL 35211


Julian Brackin, PC
455 Magnolia Ave.
Ste A
Fairhope, AL 36532


Kansas Turnpike Authority
PO Box 802746
Kansas City, MO 64180


Kimberly L. Stevens
1104 Country Hills Dr.
Suite 750
Ogden, UT 84403


Lakeview Hospital
PO Box 740757
Cincinnati, OH 45274


Lifeguard Ambulance
PO Box 277
Birmingham, AL 35201


Louis Spiker
Johnson May
199 N. Capitol Ste 200
Boise, ID 83702

```
MassDOT
c/o Linebarger Goggan Blair
PO Box 702118


Meadcomp
PO Box 733606
Dallas, TX 75373


Mediacom
PO Box 71219
Charlotte, NC 28272


Medical Imaging Associates
PO Box 200334
Dallas, TX 75320


Medical Protective Company
23289 Network Place
Chicago, IL 60673


Medical Revenue Service
645 Walnut St.
Ste 5
Gadsden, AL 35902


Medicredit
PO Box 505598
Saint Louis, MO 63150


MediSys
PO Box 240128
Montgomery, AL 36124


MedStar Ambulance Service
PO Box 277
Birmingham, AL 35201
```

Melissa   Doug LLC
141 Danbury Rd.
Wilton, CT 06897


Merchants Ad
PO Box 7511
AL 36690


Merchants Adjustment Service
PO Box 7511
Mobile, AL 36670


Milestone Genesis FS Card
PO Box 84059
Columbus, GA 31908


Mission Pharmacal
PO Box 225336
Dallas, TX 75222


Mohela
PO Box 9500
Wilkes Barre, PA 18773-9500


Mountain America Credit
Attn: Bankruptcy
9800 S Monroe St
Sandy, UT 84070


Mountain Crest Foot   Ankle
1628 Elk Creek Dr.
Idaho Falls, ID 83404


Mountain Land Collections
PO Box 1280
American Fork, UT 84003

```
Mountain View Hospital
2325 Coronado St.
Idaho Falls, ID 83404


Natera
PO Box 399023
San Francisco, CA 94139


Natus Peloton
PO Box 3606
Carol Stream, IL 60132


NetCredit
Attn: Bankruptcy
175 W. Jackson Blvd #1000
Chicago, IL 60604


Northwest Parkway
3701 Northwest Parkway
Broomfield, CO 80023


NPAS Solutions
PO Box 505602
Saint Louis, MO 63150


Office of the US Trustee
550 W. Fort St.
Suite 698
Boise, ID 83724


OTA Plate Pay
PO Box 248935
Oklahoma City, OK 73124


Outsource Receivables Mgmt
Attn: Bankruptcy Dept
1349 Washington Blvd
Ogden, UT 84404
```

Palmetto GBA
PO Box 100305
Columbia, SC 29202


Paragon Emergency Services
3194 W. Nine Mile Rd.
Pensacola, FL 32534


Parnell
PO Box 2189
Montgomery, AL 36102


PMCI, PMSI, Doyce Ellenburg
3210 US Hwy 98 Ste A1
Fairhope, AL 36532


Portfolio Recovery Associate
PO Box 12914
Norfolk, VA 23541


Premier Medical Park LLC
4887 Casa Grande Dr.
Idaho Falls, ID 83401


Professional Account Service
PO Box 188
Brentwood, TN 37024


Racine Olson, PLLP
c/o Heidi Buck Morrison
201 E. Center St.
Pocatello, ID 83201


Radiology Assoc. Pensacola
1717 NE St. #423
Pensacola, FL 32501

Regions Bank
1900 5th Ave. N.
Birmingham, AL 35203


Riviera Utilities
413 E. Laurel Ave.
Foley, AL 36535


SBRMC
PO Box 402375
Atlanta, GA 30384


Shoulder  Knee Center
2035 E. 17th St.
Idaho Falls, ID 83404


Source Receivables Mgmt
4615 Dundas Dr., Ste 102
Greensboro, NC 27407


South Baldwin Diagnostic


Southeast Idaho Sleep
2960 Cortez
Idaho Falls, ID 83404


Southern Rapid Care
25910 Canal Rd. Ste D
Orange Beach, AL 36561


Speedy Cash
PO Box 782260
Wichita, KS 67278

State of Alabama Tax Commiss
50 N. Ripley St.
Montgomery, AL 36130


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896


TBF Financial Llc
Attn: Bankruptcy Department
740 Waukegan Road, Suite 404
Deerfield, IL 60015


Teton Physical Therapy
2037 E. 17th St.
Idaho Falls, ID 83404


Teton Radiology
Dept 594 PO Box 30015
Salt Lake City, UT 84130


The Orthopaedic Group
PO Box 86144
Mobile, AL 36689


Thomas Hospital
Mailstop: 83904539
PO Box 660827
Dallas, TX 75266

Transworld Systems
PO Box 15618
Wilmington, DE 19850


Trust Financial Llc
1534 Midway Ave
Ammon, ID 83406


United Bank
21950 Broad Street
Silverhill, AL 36576


United Collection Service
PO Box 953638
Lake Mary, FL 32795


United Self Reported
PO Box 4500
Allen, TX 75013


United We Collect
106 Commerce St #101
Lake Mary, FL 32746


US Dept of Education
400 Maryland Ave., SW
Washington, DC 20202


US Dept of Health
PO Box 31376
Salt Lake City, UT 84131


USA Health
PO Box 40010
Mobile, AL 36640

Valor Intelligent Processing
c/o North Texas Tollway
PO Box 207899
Dallas, TX 75320


Walker Spine  Sport
2319 Coronado St.
Idaho Falls, ID 83404


Web Bank/Cach LLC
215 S. State St., Ste 1000
Salt Lake City, UT 84111


West Florida Hospital
PO Box 740771
Cincinnati, OH 45274


Western Wholesale Installed
Sales, LLC
3838 S. Yellowstone Hwy
Idaho Falls, ID 83402


Wilkerson  Wilkerson
PO Box 1825
Idaho Falls, ID 83403


Women's Premier OBGYN, LLC
4887 Casa Grande Dr.
Idaho Falls, ID 83401


Worlds Foremost Bank
One Cabelas Dr.
Sidney, NE 69162


Zebit
9920 Pacific Heights Blvd.
Ste 150
San Diego, CA 92121

Zerorez
1626 Hollipark Dr.
Idaho Falls, ID 83401